■ JULIA M. GARCIA et al., Appellants, v COUNTY OF WESTCHESTER, Respondent. [612 NYS2d 923] —Appeal by the plaintiffs from stated portions of an order of the Supreme Court, Westchester County (Nastasi, J.), entered May 7, 1992.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Nastasi, J., at the Supreme Court. Thompson, J. P., Pizzuto, Santucci and Goldstein, JJ., concur.